**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| L.I.I., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-948-CDL-ALS |
| Warden, STEWART DETENTION CENTER, *et al.* | : | |
| Respondents. | : | |

**ORDER**

On June 22, 2026, Respondent, Warden Jason Streeval, filed a Motion to Dismiss in response to Petitioner's application for habeas relief. (ECF No. 4). Petitioner did not file a response.

As of October 21, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed October 21, 2026). Consequently, Respondent is ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 23rd day of October, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE